# In The United States Court of Federal Claims

## Cover Sheet

06-29 C

Plaintiff(s) or Petitioner(s) GOLD BANK, A KANSAS BANK

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: (See RCFC 83.1(c)) Michael E. Tucci

Firm Name: Stinson Morrison Hecker LLP

Post Office Box:

Street Address: 1150 18th Street, N.W., #800

City-State-Zip: Washington, D.C. 20036-3816

Telephone & Facsimile Numbers: 202-785-9100; fax: 202-785-9163

E-mail address: mtucci@stinsonmoheck.com

Is the attorney of record admitted to the Court of Federal Claims Bar? yes
If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of suit code: 1 2 8

Select only one (three digit) nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Government Agency Involved: A G R

See attached Sheet for three digit code.

Amount Claimed: $ 400,000.00 plus interest, costs

If to be determined, put the phrase "to be determined" in Amount Claimed Space.

Vaccination Date: (Vaccine Cases Only)

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

May 6, 2005