IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GOLD BANK, A KANSAS BANK, | ) | |
| | ) | |
| Plaintiff, | ) | No. 06-29C |
| | ) | (Judge Firestone) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of David R. Feniger as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

DAVID R. FENIGER
Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street, NW

Dated: February 2, 2006

s/ David R. Feniger
DAVID R. FENIGER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: (202) 307-3390
Facsimile: (202) 305-2118