# In the United States Court of Federal Claims

**No. 06-29C**
**(Filed: February 2, 2006)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | |
| | * |
| **GOLD BANK, A KANSAS BANK,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * | |

**O R D E R**

On January 10, 2006, this case was designated as an electronic case in the court's case management/electronic case filing (CM/ECF) system. Pursuant to General Order No. 42, the attorneys of record must have a CM/ECF account and the court issues an account login and password only to members of the court's bar who have passed a certification test.

Records before the court indicate that plaintiff has not complied with this requirement. Plaintiff shall comply by **Friday, March 3, 2006**, or the court will issue a show cause order why the case should not be dismissed for lack of prosecution.

The Clerk of the Court is directed to mail a copy of this order to plaintiff.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge

cc: ADR Judge Hodges