IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GOLD BANK, A KANSAS BANK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 06-29C |
| | ) | (Judge Firestone) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED
MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of this Court, defendant respectfully requests a 30-day enlargement of time to and including April 12, 2006, within which to respond to plaintiff's complaint. The Government's response is currently due on March 13, 2006. This is defendant's first request for an enlargement of time for this purpose. Plaintiff's counsel has indicated that he does not oppose this motion.

This request is necessary because Government counsel did not receive its litigation report from the agency until March 3, 2006. In addition, Government counsel must file extensive discovery responses in Triton Marine v. United States, No. 05-993C (Fed. Cl.) on or before March 10, 2006. In Brodowy v. United States, No. 05-961C (Fed. Cl.), the undersigned must file a motion to dismiss no later than March 17, 2006. In addition, the undersigned must file discovery responses in CSI Aviation Services v. United States (Dept. Of Transportation, Board of Contract Appeals) no later than March 21, 2006. Accordingly, the additional time is necessary to enable Government counsel to review the litigation report, analyze its supporting

documentation, evaluate the complaint, confer with agency counsel, draft an appropriate response and obtain supervisory review of the response.

For these reasons, defendant respectfully requests that the Court grant defendant's unopposed motion for an enlargement of time of 30 days, to and including April 12, 2006, within which to respond to plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/ David R. Feniger
DAVID R. FENIGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit,
8th floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-3390
Fax: (202) 305-2118

Attorneys for Defendant

March 8, 2006