# In the United States Court of Federal Claims

**NOTICE**

**GOLD BANK, A KANSAS BANK**

**No. 06-29 C**

**v.**

**THE UNITED STATES**

**Clerk's Office**
**Washington, D.C., March 13, 2006**

To Attorney of Record, Assistant Attorney General, and Judge Firestone:

Please take notice that in the above case there has been entered this day on the defendant's motion, filed March 8, 2006, for enlargement of time to respond to the complaint

the following order by the Clerk:

**ALLOWED.**

Brian Bishop

Brian Bishop, Clerk