IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GOLD BANK, A KANSAS BANK,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 06-29C<br>(Judge Firestone) |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 44-day enlargement of time, to and including May 26, 2006, within which to respond to plaintiff's complaint. Our response is currently due on April 12, 2006. This is defendant's second request for an enlargement of time for this purpose. Defense counsel spoke with plaintiff's attorney, Mr. Michael Tucci, regarding this request for enlargement, but at the time of this filing plaintiff's attorney had not indicated whether or not plaintiff would oppose this motion.

An enlargement of time is necessary because Government's counsel was recently assigned this case and has other commitments which have prevented counsel from completing this brief. Among the matters pending that have required or will require counsel's attention are preparation of a reply brief in Kyong Truong v. United States Sec'y of Agriculture, (05-00419) to be filed May 5, 2006 in the Court of International Trade; an oral argument in Sinclair v. United States, (05-5163) scheduled for May 2, 2006 before the United States Court of Appeals for the Federal Circuit; and preparation of responses to complaints in Fidelity and Deposit Company of Maryland v. United States, (06-186C), Hernandez v. U.S., (06-191C), Enitnes v. United States,

(06-193C), and Ferrer v. U.S., (06-205) due to be filed between May 8, 2006 through May 12, 2006 in the United States Court of Federal Claims. The additional time will allow sufficient time for thorough preparation, agency coordination, and supervisory review.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/ Elizabeth Thomas
ELIZABETH THOMAS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit,
8th floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-3390
Fax: (202) 305-2118

April 12, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2006, a copy of the foregoing DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that the notice of filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Elizabeth Thomas