# In the United States Court of Federal Claims

**No. 06-29C**
**(Filed: April 19, 2006)**

* * * * * * * * * * * * * * * * *
*
**GOLD BANK, A KANSAS BANK,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

## O R D E R

The court **GRANTS** the Defendant's Motion For an Enlargement of Time, filed April 12, 2006. The Defendant shall have until **May 26, 2006** to respond to Plaintiff's complaint.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge

cc: ADR Judge Hodges