**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| GOLD BANK, A KANSAS BANK,<br>11301 Nall Avenue, Leawood, Kansas<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **No: 1:06cv00029-NBF** |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Comes plaintiff Gold Bank, by and through its undersigned counsel, and pursuant to Rule 41(a) of the Rules of the United States Court of Federal Claims hereby files its Notice of Voluntary Dismissal Without Prejudice of this action. In support of this Notice, Gold Bank states:

1. The Defendant has filed neither an Answer nor a Motion for Summary Judgment nor any other responsive pleading.
2. The Plaintiff has never previously dismissed any other action based upon, or including, these same claims.
3. No order of this Court is required to effectuate this dismissal.

WHEREFORE Gold Bank, Plaintiff herein, requests that the Clerk dismiss this action without prejudice pursuant to this Notice.

Respectfully submitted,

/s/ Michael E. Tucci
Michael E. Tucci (Bar No. 430470)
Stinson Morrison Hecker LLP
1150 18th Street, Suite 800
Washington, DC 20036
Tel: (202) 785-9100; Fax: (202) 785-9163
E-mail: mtucci@stinsonmoheck.com

And

R. Dennis Wright
Sean W. Colligan
Stinson Morrison Hecker LLP
1201 Walnut Street
Kansas City, Missouri 64106-2150
Tel: (816) 691-2600
Fax: (816) 474-4208
E-mail: dwright@stinsonmoheck.com
E-mail: scolligan@stinsonmoheck.com

ATTORNEYS FOR PLAINTIFF
GOLD BANK

Dated: May 1, 2006

**CERTIFICATION OF SERVICE**

I certify that service of the foregoing Notice of Voluntary Dismissal Without Prejudice was made on this 1st day of May, 2006, by electronically filing a copy with the Court under the CM/ECF system with notification of such filing to all parties.

/s/ Michael E. Tucci
Michael E. Tucci